Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In the Matter of Tehila Chaia Sara Naor and
Tomer Naor, children under the age of 16

YEHUDA NAOR,                                    :    07 CIV. _____

       Petitioner,                           :    **Affidavit of David R. Owen**

  v.                                            :

NANCY ELIZABETH SCHERER,                        :

       Respondent.
---------------------------------------------------------x

STATE OF NEW YORK    )
                    : ss.:
COUNTY OF NEW YORK   )

      DAVID R. OWEN, being first duly sworn, deposes and says:

      1.    I am a member of the Bar of this Court and of the firm of Cahill Gordon & Reindel LLP, attorneys for the Yehuda Naor, the Petitioner in this action.

      2.    This action is brought pursuant to the Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980 (the "Convention"), and the International Child Abduction Remedies Act ("ICARA"), 42 U.S.C. § 11603(b).

      3.    Article 2 of the Convention states:

> Contracting States shall take all appropriate measures to secure within their territories the implementation of the objects of the Convention. For this purpose they shall use the most expeditious procedures available.

      4.    Article 11 of the Convention states:

> The judicial or administrative authorities of Contracting States shall act expeditiously in proceedings for the return of children.

If the judicial or administrative authority concerned has not reached a decision within six weeks from the date of commencement of the proceedings, the applicant or the Central Authority of the requested State, on its own initiative or if asked by the Central Authority of the requesting State, shall have the right to request a statement of the reasons for the delay. If a reply is received by the Central Authority of the Requested State, that Authority shall transmit the reply to the Central Authority of the requesting State, or the applicant, as the case may be.

5. An order to show cause is appropriate to implement Article 2 and Article 11 of the Convention.

6. No previous application for similar relief has been made.

_____
David R. Owen

Sworn to before me this
8th day of May, 2007

_____
Notary Public

JAMES P. MURPHY
Notary Public, State of New York
No. 01MU5050744
Qualified in Westchester County
Commission Expires Oct. 16, 20__

-2-