Exhibit D



# LAWS OF THE
# STATE OF ISRAEL

### VOL. 16

5722 — 1961/62

FROM 30th TISHRI, 5722 — 10.10.61 TO 8th AV, 5722 — 8.8.62

*Authorised Translation from the Hebrew*
*Prepared at the Ministry of Justice*

PUBLISHED BY THE GOVERNMENT PRINTER

# CAPACITY AND GUARDIANSHIP LAW,

## 5722 – 1962*

### CHAPTER TWO: PARENTS AND MINOR CHILDREN

Status of parents.   14. Parents shall be the natural guardians of their minor children.

Functions of parents.   15. The guardianship of the parents shall include the duty and the right to take care of the needs of the minor, including his education, studies, vocational and occupational training and work, and to preserve, manage and develop his property; it shall also include the right to the custody of the minor, to determine his place of residence and the authority to act on his behalf.

* Passed by the Knesset on the 7th Av, 5722 (7th August, 1962) and published in *Sefer Ha-Chukkim* No. 380 of the 17th Av, 5722 (17th August, 1962), p. 120; the Bill and an Explanatory Note were published in *Hatza'ot Chok* No. 456 of 5721, p. 170.