Exhibit E



# STATE OF ISRAEL

משרד המשפטים

## MINISTRY OF JUSTICE

בקשה לפי אמנת האג בדבר ההיבטים האזרחיים של חטיפת
ילדים בינלאומית

## REQUEST PURSUANT TO THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION



# STATE OF ISRAEL

# REQUEST FOR RETURN OF ABDUCTED CHILDREN

## HAGUE CONVENTION OF 25 OCTOBER 1980 ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION

FROM THE CENTRAL AUTHORITY FOR THE STATE OF ISRAEL TO THE CENTRAL AUTHORITY FOR THE UNITED STATES OF AMERICA.

I. Details of the Child and Parents

1.1 Child

| | |
|---|---|
| First and last name(s) | Tehila Chaia Sara Naor |
| Date and place of birth | 7 May 2003, Afula, Israel |
| Nationality | American, Israeli |
| Habitual residence | Bnei Binyamin 35/15, Netanya, Israel |
| Passport number | Israeli: 11405881 |
| | Israel ID number: 213626120 |
| Physical description: | Light brown hair; greenish-brown eyes. |

1.2 Child

| | |
|---|---|
| First and last name(s) | Tomer Naor |
| Date and place of birth | 7 February 2006, Netanya, Israel |
| Nationality | American, Israeli |
| Habitual residence | Bnei Binyamin 35/15, Netanya, Israel |
| Passport number | Israeli: 11405880 |
| Physical description: | Black hair, greenish-brown eyes. |

2. Parents

2.1 Mother

| | |
|---|---|
| First and last name(s) | Nancy Elizabeth Scherer |
| Date and place of birth | 12 November 1967, U.S.A |
| Nationality | American and Israeli |
| Occupation | Teacher |
| Habitual residence | Bnei Binyamin 35/15, Netanya, Israel |
| Passport number | Israeli: 8381616  American: 062803806 |

2.2 Father

| | |
|---|---|
| First and last name(s) | Yehuda Naor |
| Date and place of birth | 18 March 1961, Israel |
| Nationality | Israeli |
| Occupation | Computer programmer |
| Habitual residence | Bnei Binyamin 35/15, Netanya, Israel |
| Passport number | Israel 10721035 |
| 2.3 Date and Place of Marriage | 25 July 2002, New York |
| Date and Place of Divorce | N/A |

II. Details of the Applicant

| | |
|---|---|
| First and last name | Yehuda Naor |
| Address | Bnei Binyamin 35/15, Netanya, Israel |
| Nationality | Israeli |
| Occupation | Computer programmer |
| Passport number | Israel 10721035 |
| Relationship to the child | Father |
| Name, address and telephone number Of legal adviser, if any | The parties are not divorced. |

III. Details of the Whereabouts of the Children

3.1. Details of the person alleged to have removed or retained the children.

First and last name(s)                    Nancy Elizabeth Scherer

| | |
|---|---|
| Date and place of birth | 18 March 1961, Israel |
| Nationality | American and Israeli |
| Occupation | Teacher |
| Last known address after removal or retention of children | 180 Pennsylvania Ave., Mount Vernon, New York |
| | +1 (914) 699-9775 |
| Passport number | Israeli:8381616 American: 062803806 |
| Physical description of mother: | Blond hair, blue eyes, 1.65 meters, fair skin |
| 3.2 Address of the children (if different from that stated in 3.1): | |
| 3.3 Names, addresses and telephone numbers of other persons who might be able to supply additional information relating to the whereabouts of the children. | Rina Scherer, the mother's mother: 180 Pennsylvania Ave., Mount Vernon, New York +1 (914) 699-9775 |

IV. Time, date, place and circumstances of the wrongful removal or retention.

According to the father, the mother left Israel with the children on 23 May 2006 for a sabbatical year in order to complete her doctorate at NYU. The father states that it was agreed between them that the mother, during the sabbatical year, would divide her time between Israel and United States such that the father and children would have regular contact. The father also informed us that he purchased round-trip tickets for the mother and children from Israel to the United States with a return date of 20th September 2006.

According to the father, in July of 2006, during a telephone conversation, he inquired regarding the mother's expected return date. The father claims that the mother replied that she had not set a return date but that she promised to do so and inform him of this date by August of 2006. The mother failed to return to Israel with the children and the plane tickets expired in September of 2006.

According to the father, as a result of the mother's failure to return with the children, he traveled to New York to visit and inquire about the family's return to Israel. The mother expressed her intention to return to Israel, as planned, and to continue the work on her degree from Israel. She promised to set a suitable date for return in the near future.

The mother has not yet returned, and the father has informed us that he has contacted her verbally and attempted to convince the mother to return to Israel with the children or to allow him to come to the United States in order to bring them to Israel for one month but received a negative response. To this day, the mother has refused to return to Israel with the children or to allow the father to bring them back to Israel.

### V. Factual and Legal Background Justifying This Request

**1) Habitual Residence is Israel**

The father advises that the family lived in Israel, where both children were born and raised. The mother was employed as a teacher in a school in Israel. The parents own a house and property in Israel.

**2) The requesting party has Custodial Rights under Israeli Law**

The parents are married and were living together with the children at the time that the mother took the children to the United States. Pursuant to sections 14 and 15 of Israel's Capacity and Guardianship Law 1962, parents are the joint guardians of their minor children, which includes the right to custody and to determine the child's place of residence. Therefore, the father has custodial rights under Israeli Law.

**3) The Requesting Party Exercised His/Her Custodial Rights Prior to The Wrongful Removal/Retention**

The father advises that as the children were living with him and the mother, he was exercising his custodial rights on a daily basis.

Therefore, the retention of the children in the United States is in contravention of the father's custodial rights that he was exercising at the time and constitutes a wrongful retention within the meaning of Article 3 of the Convention.

### VI. Civil proceedings in progress between the parties.

There are no proceedings at this time.

### VII. Children are to be returned to:

| | |
|---|---|
| First and last names | Yehuda Naor |
| Date and place of birth | 18 March 1961, Israel. |
| Address | Bnei Binyamin 35/15, Netanya, Israel |
| Telephone number | 972-52-8271751, 972-77-2003370 |
| Proposed arrangements for the return of the children | |

### VIII. Other remarks

IX. List of Documents Attached (with translations, where relevant)

1. The relevant sections 14 and 15 of Israel's Capacity and Guardianship Law, 1962.
2. Photographs of the children.
3. Tehila Chaia Sarah Naor's Birth certificate.
4. Copy of the father's Israeli Identity Card, listing the children as his (together with a translation into English).
5. Marriage certificate.
6. United States Central Authority's Legal Assistance Questionnaire.
7. A letter in Hebrew from Yehuda Naor's accountant confirming his income for the 2005 tax year (together with a translation into English).


Signature _____

Gal Levertov, Director
Department of International Affairs
Office of the State Attorney
on behalf of the
Central Authority for the
State of Israel

Date January 22, 2007