

Exhibit F

David R. Owen (DO-1510)
Hillel Deutsch (HD-9401)
Jasand P. Mock (JM-1634)
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York 10005
(212) 701-3000

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In the Matter of Tehila Chaia Sara Naor and
Tomer Naor, children under the age of 16

YEHUDA NAOR,                                                     07 CIV. _____

        Petitioner,

   v.

NANCY ELIZABETH SCHERER,

        Respondent.
-------------------------------------------------------------x

**DECLARATION OF YEHUDA NAOR
IN SUPPORT OF PETITION FOR RETURN OF
<u>CHILDREN TO ISRAEL UNDER THE HAGUE CONVENTION</u>**

The Convention on the Civil Aspects of International Child Abduction
Done at the Hague on October 25, 1980
International Child Abduction Remedies Act, 42 U.S.C. 11601, *et seq.*

    1.    I, Yehuda Naor, am the Petitioner in the Petition for Return of Children to Israel Under the Hague Convention, in which I request that my children, Tehila and Tomer Naor, be returned to their Habitual Residence in Israel.

    2.    I currently live in Netanya, Israel.

3. Nancy Scherer and I were married on July 25, 2002 in Tarrytown, New York and remain legally married.

4. We have two children together, Tehila and Tomer.

5. Tehila, our daughter, was born on May 7, 2003 in Israel and is now four years old. Tomer, our son, was born on February 7, 2006 in Israel and is now one year old. Tehila and Tomer lived with their mother and me in Israel from birth until May 23, 2006.

6. Tehila and Tomer are Israeli and United States citizens with Israeli passports.

7. On May 23, 2006, Nancy began a temporary study period in New York to work on the final stages of her PhD at New York University. Before Nancy left Israel, we agreed that the she would bring the children with her, but that she and the children would divide their time between Israel and the United States such that the children and I would have regular contact in Israel.

8. Nancy and I bought round trip tickets for Nancy, Tehila and Tomer that had a return date of September 20, so we could spend the Jewish holidays together, beginning with the start of Rosh Hashanah on the evening of September 22.

9. After her arrival in New York, Nancy refused to confirm the planned return to Israel.

10. After a series of emails, letters and phone calls seeking their return, I flew to America to see Nancy and the children. She would not agree to come back or agree to let me take the children back with me. She did, however, promise to return soon.

11. After I returned to Israel, Nancy again began saying she did not have a set return date, and again eventually told me she would not come back to Israel, or let the kids come back.

12. In late January, I again came to America for the purpose of seeing Nancy and the children, and convincing her to allow them to return with me to Israel.

13. Once again, Nancy would not agree to come back or agree to let me take the children back with me. She again promised to return soon.

14. I have not seen the kids in the three months since the last day of my visit to America, February 1, 2007.

15. I have never consented to or acquiesced in Tehila and Tomer's retention in the United States past September 2006.

16. I am requesting that this court return my children forthwith to me in Israel, their habitual residence, pursuant to the Convention and 42 U.S.C. § 11603(b).

17. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/05/2007

_____
Yehuda Naor