

Exhibit G

David R. Owen (DO-1510)
Hillel Deutsch (HD-9401)
Jasand P. Mock (JM-1634)
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York  10005
(212) 701-3000

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In the Matter of Tehila Chaia Sara Naor and    :
Tomer Naor, children under the age of 16       :
                                               :
                                               :
YEHUDA NAOR,                                   :     07 CIV. _____
                                               :
            Petitioner,                        :
                                               :
      v.                                       :
                                               :
                                               :
NANCY ELIZABETH SCHERER,                       :
                                               :
            Respondent.                        :
-------------------------------------------------------------x

## DECLARATION ESTABLISHING THE HABITUAL
## RESIDENCE OF THE CHILDREN

1.    The residence of the child, Tehila Chaia Sara Naor, since her birth has

been as follows:

| | |
|---|---|
| Child's name: | Tehila Chaia Sara Naor |
| Place of Birth: | Afula, Israel |
| Birthdate: | May 7, 2003 |
| Sex: | Female |

| | |
|---|---|
| Period of Stay: | May 7, 2003 to May 23, 2006 |
| Purpose: | Habitual Residence of Child |

| | |
|---|---|
| Address of Child: | Bnei Binyamin 35/15, Netanya, Israel |
| | (972) 52-827-1751, |
| | (972) 77-200-3370 |
| Person Child Lives with: | Yehuda Naor and Nancy Scherer |
| Relationship to Child | Father and Mother |

| | |
|---|---|
| Period of Stay: | May 23, 2006 to Present |
| Purpose: | Wrongful Retention of Child |
| Address of Child: | 180 Pennsylvania Ave. |
| | Mount Vernon, NY 10552 |
| | (914) 699-9775 |
| Person Child Lives with: | Nancy Scherer and Rina Scherer |
| Relationship to Child | Mother and Grandmother; respectively |

2.    The residence of the child, Tomer Naor, since his birth has been as fol-

lows:

| | |
|---|---|
| Child's name: | Tomer Naor |
| Place of Birth: | Netanya, Israel |
| Birthdate: | Feb. 7, 2006 |
| Sex: | Male |

| | |
|---|---|
| Period of Stay: | Feb. 7, 2006 to May 23, 2006 |
| Purpose: | Habitual Residence of Child |
| Address of Child: | Bnei Binyamin 35/15, Netanya, Israel |
| | (972) 52-827-1751, |
| | (972) 77-200-3370 |
| Person Child Lives with: | Yehuda Naor and Nancy Scherer |

| | |
|---|---|
| Period of Stay: | May 23, 2006 to Present |
| Purpose: | Wrongful Retention of Child |
| Address of Child: | 180 Pennsylvania Ave. |
| | Mount Vernon, NY 10552 |
| | (914) 699-9775 |
| Person Child Lives with: | Nancy Scherer and Rina Scherer |
| Relationship to Child | Mother and Grandmother, respectively |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07 /05 /2007

Yehuda Naor