

Exhibit H

FROM :                          FAX NO. : 095114097              Jun. 14 2006 09:45AM P1

# SORENTO TRAVEL AGENCY   סורנטו נסיעות בע״מ

LOTRAVEL קבוצת
49728 אופק, דימונה 4 הדקל רחוב
TEL:08-9553454  FAX:08-9511097
E.MAIL: SORENTO@SORENTO.CO.IL
012255567 : סוכנות מספר

| To: | Mrs. SCHERERINANCY |
|---|---|
| Address: | [illegible] |

| Issue date: | 14-Jun-06 |
|---|---|
| Pax No. | 21003 |

**Itinerary**   23/May/06 - 21/Sep/06

For:
Mrs.  SCHERER/NANCY
Chd.  NAOR/TEHILLAH
Inf.  NAOR/TOWER

Information as follows:

| Service | Day | Date | Details | Room/As |
|---|---|---|---|---|
| OK | Tue | 23-May-06 09:20 | Dep: TEL AVIV-EGIIAPT ISRAIR ISR101 K Arr: NYC-KENNEDY | Dir. 622730 |
| OK | Wed | 20-Sep-06 06:20 | Dep: NYC-KENNEDY ISRAIR ISR102 K |  |
|  | Thu | 21-Sep-06 10:45 | Arr: TEL AVIV-EGIIAPT |  |

הזמנתכם סודרה עפ"י בקשתכם ואישורכם [illegible]
בברכה, [illegible]
1.דרכון/דרכונים
2.ביטוח
3.דולרים במזומן (מי שצריך) ומשתמש בכרטיס אשראי

בנסיעה טובה !!!

NAOMI DIG-NAOMI

Issued using "Galileo for Windows"                                    page 1

JUL 23, 2003 02:23                    095114097                              Page 1