d R. Owen (DO-1510)
.el Deutsch (HD-9401)
Jusand P. Mock (JM-1634)
Cahill Gordon & Reindel LLP
80 Pine Street
New York, New York  10005
(212) 701-3000

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In the Matter of Tehila Chaia Sara Naor and
Tomer Naor, infants under the age of 16

YEHUDA NAOR,

          Petitioner,

     v.

NANCY ELIZABETH SCHERER,

          Respondent.
-------------------------------------------------------x



JUDGE RAKOFF

**07 CV 3639**

07 CIV. _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-07

Upon the Petition and Declaration of Yehuda Naor, dated May 7, 2007,

IT IS ORDERED that Respondent NANCY ELIZABETH SCHERER show cause before this Court on May 16 2007, at 4:30 P.M. at the United States Courthouse, 500 Pearl St., New York, New York, 10007, before Judge Rakoff in courtroom 14-B, or as soon thereafter as counsel may be heard, why an ORDER should not be entered pursuant to the Convention on the Civil Aspects of International Child Abduction, done

at the Hague, October 25, 1980 (the "Convention") and the International Child Abduction Reme-

dies Act ("ICARA"), 42 U.S.C. § 11603(b):

(a)     Returning the children, Tehila Chaia Sara Naor ("Tehila"), and Tomer Naor

("Tomer") forthwith to Israel;

(b)     Requiring Respondent, Nancy Elizabeth Scherer, to cooperate with Petitioner,

Yehuda Naor, in making arrangements for Tehila and Tomer's return to Israel;

(c)     Requiring Respondent, Nancy Elizabeth Scherer, to pay all expenses in connec-

tion with such return of the child to Israel pursuant to 42 U.S.C. § 11607(B)(3).

IT FURTHER appearing from specific facts shown by the foregoing papers that

immediate and irreparable injury may result to Petitioner if Respondent is permitted to frustrate

the jurisdiction of this Court; it is hereby

FURTHER ORDERED THAT, neither Respondent nor any other person shall

remove Tehila and Tomer from the jurisdiction of this Court between the date of this order and

the date of the determination by this Court of the Petition for Return of Child to Israel under the

Hague Convention; and it is hereby

FURTHER ORDERED THAT, the United States Marshals Service is to person-

ally serve a copy of this Order and the Petition on Respondent at her residence at 180 Pennsyl-

vania Ave., Mount Vernon, 10552.

FURTHER ORDERED THAT, Respondent shall appear personally together with Tehila

and Tomer at the hearing before this Court at the time and place set forth above.

-2-

Dated: New York, New York
    5/8/ , 2007

                     United States District Judge