## CERTIFICATE OF SERVICE

   I, Maura A. McLoughlin, certify that on the 31st day of May, 2007, I served true and correct copies of the **Affidavit of Hillel Deutsch** and the **Memorandum In Support Of Yehuda Naor's Petition For The Return Of His Children To Israel Under The Hague Convention** on *Neil J. Saltzman, Esq., 230 Park Avenue, 10th Floor, New York, NY 10169* and *Robert D. Arenstein, 295 Madison Avenue, New York, NY 10017*, by federal express, next day delivery.

                        _____
                         Maura A. McLoughlin