05-31-2007 16:53    ARFNSTEIN 8028776675                                    PAGE 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In the Matter of Tehila Chaia Sara Naor and    :
Tomer Naor, infants under the age of 16        :
                                               :
YEHUDA NAOR,                                   :    07 CIV. 3639
                                               :
         Petitioner,                           :    Stipulation and Order
   v.                                          :
                                               :
NANCY ELIZABETH SCHERER,                       :
                                               :
         Respondent.                           :
------------------------------------------------x

JED S. RAKOFF, U.S.D.J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-07

   WHEREAS Petitioner has submitted the Petition For Return Of Children To Israel Under The Hague Convention, dated May 7, 2007 for the return of the parties' minor children, Tehila Chaia Sara Naor and Tomer Naor (the "Children"), to Israel in accordance with the Hague Convention on the Civil Aspects of International Child Abduction ("the Hague Convention");

   And WHEREAS the parties are interested in resolving the dispute between them on this matter without incurring the expense and inconvenience of a trial on the merits;

   THEREFORE the parties hereto stipulate and the Court ORDERS as follows:

   Nancy Elizabeth Scherer shall return the Children to their residence in Netanya, Israel no later than the 15th day of July, 2007, unless an order is issued by Israeli authorities deviating from these terms, and without prejudice to either party's ability to seek such an order.

   Pursuant to Article 19 of the Hague Convention this Stipulation and Order shall not be taken to be a determination on the merits of any custody issue;

   Each party shall be responsible for his or her own legal expenses in association with this action and shall not seek reimbursement from the other for same.

SO ORDERED.

Dated: New York, New York
       May 31, 2007

/s/ Jed S. Rakoff
JED S. RAKOFF, U.S.D.J.
6-5-07

CAHILL GORDON & REINDEL LLP

By: _____
    David R. Owen (DO-1510)
    Hillel Deutsch (HD-9401)
    Jasand P. Mock (JM-1634)

80 Pine Street
New York, NY 10005
(212) 701-3000
Attorneys for Petitioner Yehuda Naor

NEIL J. SALTZMAN, ESQ.

By: _____
    Neil J. Saltzman (NS-8857)

230 Park Ave. 10th Floor
New York, NY 10169
(212) 808-3065

ROBERT D. ARENSTEIN, ESQ.

By: _____
    Robert D. Arenstein (RA-0580)

295 Madison Ave.
New York, NY 10017
(212) 679-3999

Attorneys for Respondent Nancy Elizabeth Scherer

-2-