```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In the matter of Tehila Chaia Sara    :
Naor and Tomer Naor, infants under    :
the age of 16                         :    07 Civ. 3639 (JSR)
                                      :
YEHUDA NAOR                           :         ORDER
            Petitioner,               :
                                      :
            -v-                       :
                                      :
NANCY ELIZABETH SCHERER               x
            Respondent,
-------------------------------------
```

JED S. RAKOFF, U.S.D.J.

On June 5, 2007 the Court signed a stipulated settlement between the parties in this case, see Court document number 8. The stipulated settlement disposed of this litigation and accordingly, the Clerk of the Court is hereby ordered to close this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       January 30, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-08
```